UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
The Law Offices Of Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700
SDP-5632
spertuz@pertuzlaw.com

Order Filed on October 20, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:
MIGUEL A. RODRIGUEZ,

                DEBTOR.

Case No.: 19-20242

Chapter: 13

Judge: SLM

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

DATED: October 20, 2025

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

After review of the application of _____Steven D. Pertuz, Esq. for the Debtor_____ for a reduction of time for a hearing on ___Motion To Reopen Chapter 13 Case To Allow For Filing Of Certification In Support Of Discharge To Obtain Chapter 13 Discharge___ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____10/28/2025_____ at __10:00 AM__ in the United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102 Courtroom No. _3A_____ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: _All Creditors; Secured Creditors and their counsel if known; Parties having filed notice of appereance and their counsel if known._

by ☒ each, ❏ any of the following methods selected by the Court:

❏ fax, ☒ overnight mail, ❏ regular mail, ❏ email, ❏ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: _____

by ❏ each, ❏ any of the following methods selected by the Court:

❏ fax, ❏ overnight mail, ❏ regular mail, ❏ email, ❏ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

❏ within _____ day(s) of the date of this Order.

5. Notice by telephone:

❏ is not required

☒ must be provided to _Chapter 13 Trustee_____

☒ on the same day as the date of this Order, or

❏ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

 ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ ~~day(s) prior to the scheduled hearing; or~~ **by Monday, October 27 by 3:00 PM**

 ☐ may be presented orally at the hearing.

8.  ☐ Court appearances are required to prosecute said motion/application and any objections.

 ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

9.  ☐ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

 ☐ The hearing will be conducted via a specialized Zoom link. See instructions below:

**\*\*No appearances are required if no objections are filed.**

*rev.5/19/2025*