UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
The Law Offices Of Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700
SDP-5632
spertuz@pertuzlaw.com

In Re:
MIGUEL A. RODRIGUEZ,

              DEBTOR.

Order Filed on October 20, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-20242

Chapter: 13

Judge: SLM

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: October 20, 2025**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

After review of the application of ___Steven D. Pertuz, Esq. for the Debtor___ for a reduction of time for a hearing on ___Motion To Reopen Chapter 13 Case To Allow For Filing Of Certification In Support Of Discharge To Obtain Chapter 13 Discharge___ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on ___10/28/2025___ at ___10:00 AM___ in the United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102 Courtroom No. _3A_ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: All Creditors; Secured Creditors and their counsel if known; Parties having filed notice of appereance and their counsel if known.

by ☒ each, ❏ any of the following methods selected by the Court:

❏ fax, ☒ overnight mail, ❏ regular mail, ❏ email, ❏ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

_____

by ❏ each, ❏ any of the following methods selected by the Court:

❏ fax, ❏ overnight mail, ❏ regular mail, ❏ email, ❏ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

❏ within _____ day(s) of the date of this Order.

5. Notice by telephone:

❏ is not required

☒ must be provided to  Chapter 13 Trustee

☒ on the same day as the date of this Order, or

❏ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

   ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ ~~day(s) prior to the scheduled hearing; or~~  **by Monday, October 27 by 3:00 PM**

   ❑ may be presented orally at the hearing.

8. ❑ Court appearances are required to prosecute said motion/application and any objections.

   ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

9. ❑ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

   ❑ The hearing will be conducted via a specialized Zoom link. See instructions below:

**\*\*No appearances are required if no objections are filed.**

*rev.5/19/2025*

United States Bankruptcy Court
District of New Jersey

In re:  
Miguel A. Rodriguez  
    Debtor

Case No. 19-20242-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Oct 20, 2025     Form ID: pdf903     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Miguel A. Rodriguez, 221 N 17th St, Bloomfield, NJ 07003-5922 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor WELLS FARGO BANK N.A. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Melanie Carmela Grimes | on behalf of Creditor WELLS FARGO BANK N.A. nj.bkecf@fedphe.com |
| Steven D. Pertuz | on behalf of Debtor Miguel A. Rodriguez pertuzlaw@verizon.net Pertuz.StevenB130381@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Oct 20, 2025 Form ID: pdf903 Total Noticed: 1
TOTAL: 8