UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Offices Of Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700
SDP-5632

In Re:
MIGUEL A. RODRIGUEZ,
                              DEBTOR.

Order Filed on October 28, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-20242
Hearing Date: 10/28/2025
Judge: SLM
Chapter: 13

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: October 28, 2025**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the motion of _____MIGUEL A. RODRIGUEZ_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☐ A Trustee shall be appointed.

    ☒ A Trustee shall not be appointed.

3. ☐ An amendment to the schedule(s) noted in the underlying motion shall be filed within 14 days of the date of this order.  If the amendment is not filed, the case shall be reclosed without further order of the court.

4. The case shall be reviewed within __14__ days for closing eligibility.  The case may be closed upon entry of the discharge.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*Rev. 5/1/2019*

2