UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Offices Of Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700
SDP-5632

In Re:
MIGUEL A. RODRIGUEZ,

                DEBTOR.

Order Filed on October 28, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-20242
Hearing Date: 10/28/2025
Judge: SLM
Chapter: 13

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: October 28, 2025**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the motion of _____ MIGUEL A. RODRIGUEZ _____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☐ A Trustee shall be appointed.

   ☒ A Trustee shall not be appointed.

3. ☐ An amendment to the schedule(s) noted in the underlying motion shall be filed within 14 days of the date of this order. If the amendment is not filed, the case shall be reclosed without further order of the court.

4. The case shall be reviewed within __14__ days for closing eligibility. The case may be closed upon entry of the discharge.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*Rev. 5/1/2019*

United States Bankruptcy Court
District of New Jersey

In re:  
Miguel A. Rodriguez  
    Debtor

Case No. 19-20242-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Oct 29, 2025     Form ID: pdf903     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Miguel A. Rodriguez, 221 N 17th St, Bloomfield, NJ 07003-5922 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor WELLS FARGO BANK N.A. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Melanie Carmela Grimes | on behalf of Creditor WELLS FARGO BANK N.A. nj.bkecf@fedphe.com |
| Steven D. Pertuz | on behalf of Debtor Miguel A. Rodriguez pertuzlaw@verizon.net Pertuz.StevenB130381@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |

District/off: 0312-2     User: admin     Page 2 of 2
Date Rcvd: Oct 29, 2025     Form ID: pdf903     Total Noticed: 1
TOTAL: 8